**Order entered November 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00661-CR
## No. 05-21-00664-CR

### EDWIN CORTEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-86485-2020**
**and**
**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82900-2020**

## ORDER

Before the Court are appellant's (1) "Motion to Cross-file and/or Supplement Records on Appeal in Connected/Companion Cases," (2) motion to extend time to file a brief in 05-21-00661-CR, and (3) motion to file an amended brief in 05-21-00664-CR.

Because these are companion cases, appellant may refer to or rely on the records in either appeal when briefing his issues. Therefore, we **DENY** appellant's motion to cross-file and/or supplement the records.

We **GRANT** the motion to extend time to file the brief and the motion to file an amended brief. We **ORDER** appellant's brief in 05-21-00661-CR and appellant's amended brief in 05-21-00664-CR filed as of the date of this order.

/s/     LANA MYERS
           JUSTICE